UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHLEEN ELLIS,

        Plaintiff,

  v.                            NO. CIV. S-05-559 LKK/GGH

HOLLISTER, INC., et al.,

        Defendants.
_____/

BRENDA DIMARO; and HALLIE LAVICK,

        Plaintiffs,

  v.                            NO. CIV. S-05-1726 LKK/GGH

HOLLISTER, INC., et al.,

        Defendants.
_____/

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on January 9, 2006.  SCOTT HUBBARD and DANIEL WILCOXEN appeared as counsel for their respective plaintiff; WILLIAM GOULD, MICHAEL ROCHE and ANDREW BREHM appeared

1

as counsel for defendant Hollister, Inc.; JIM ABDUCCI appeared as counsel for the individual defendants and defendant Hollishare. After hearing, the court makes the following findings and orders:

**FURTHER STATUS CONFERENCE**

A further Status Conference is now SET for March 20, 2006 at 3:00 p.m.  The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED:  January 9, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2