LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff
BRENDA DIMARO and
HALLIE LAVICK

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DIMARO; HALLIE LAVICK,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOLLISTER, et al.,<br><br>    Defendant. | CIV.S 05-1726 LKK GGH<br><br>**Stipulation to Continue the Status Conference and [Proposed] Order Thereon**<br><br>Date:   March 20, 2006<br>Time:  3:00 p.m.<br>Ctrm:  4 |
| KATHLEEN ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLISTER, et al.,<br><br>    Defendant. | CIV.S 05-0559 LKK GGH |

**DiMaro, et al. v. Hollister, et al., CIV.S 05-1726 LKK GGH**
**Ellis v. Hollister, et al., CIV.S 05-0559 LKK GGH**
**Stipulation to Continue the Status Conference**

Page 1

1  It is hereby stipulated by and between the parties and their respective
2  counsel that the date for the status conference be continued to April 24, 2006 at
3  3:30 p.m. with status reports to be filed ten (10) days prior to the status
4  conference.  The parties make this request due to defendants' pending motions
5  to dismiss and motion to transfer venue.  The parties feel it would be counter
6  productive to hold a status conference until this motion is ruled on.

7  Dated: March  6, 2006     LAW OFFICES OF LYNN HUBBARD

9   /s/ Scott Hubbard, Esquire                           /
10  SCOTTLYNN J HUBBARD, IV
    Attorney for Plaintiff

12  Dated: March 6, 2006     WILKE, FLEURY, HOFFELT, GOULD & BIRNEY

14   /s/ William Gould, Esquire                           /
15  WILLIAM A. GOULD
    Attorney for Defendant
16  HOLLISTER INCORPORATED, SAMUEL
17  BRILLIANT, JAMES J. McCORMACK, JAMES A.
    KARLOVSKY, RICHARD T. ZWIRNER,
18  MICHAEL C. WINN, LORETTA L. STEMPINSKI,
19  DONNA J. MATSON, ALAN F. HERBERT,
20  HOLLISTER EMPLOYEE SHARE OWNERSHIP
21  TRUST and THE FIRM OF JOHN DICKINSON
    SCHNEIDER, INC.

23  Dated: March 6, 2006     PORTER, SCOTT, WEIBER & DELEHANT

25   /s/ Martin Jensen, Esquire                           /
    MARTIN N. JENSEN
26  Attorney for Plaintiff
27  KATHLEEN ELLIS

28
**DiMaro, et al. v. Hollister, et al.**, CIV.S 05-1726 LKK GGH
**Ellis v. Hollister, et al.**, CIV.S 05-0559 LKK GGH
**Stipulation to Continue the Status Conference**
                     Page 2

| | |
|---|---|
| Dated: March 6, 2006 | WILCOXEN, CALLAHAN, MONTOGOMERY & DEACON |

          /s/ Daniel Wilcoxen, Esquire      /
DANIEL E. WILCOXEN
Attorney for Plaintiff
KATHLEEN ELLIS

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the status conference be continued to April 24, 2006 at 3:30 p.m. with status reports to be filed and served ten (10) days prior to the conference.

Dated:  March 8, 2006        /s/Lawrence K. Karlton
                                        Lawrence K. Karlton
                                        Senior Judge

**DiMaro, et al. v. Hollister, et al., CIV.S 05-1726 LKK GGH**
**Ellis v. Hollister, et al., CIV.S 05-0559 LKK GGH**
**Stipulation to Continue the Status Conference**
Page 3