```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  JAMES P. DeFAZIO,
12            Plaintiff,
13       v.                           NO. CIV. S-04-1358 LKK/GGH
14  HOLLISTER, INC., Plan
    Administrator; et al.,
15
              Defendants.
16  _____/
    KATHLEEN ELLIS,
17
                Plaintiff,
18
         v.                           NO. CIV. S-05-559 LKK/GGH
19
    HOLLISTER, INC., et al.,
20
                Defendants.
21  _____/
    BRENDA DIMARO; and HALLIE LAVICK,
22
                Plaintiffs,
23
         v.                           NO. CIV. S-05-1726 LKK/GGH
24
    HOLLISTER, INC., et al.,
25                                         O R D E R
                Defendants.
26  _____/
                                      1
```

On April 24, 2006, a Status Conference was held in the above-captioned cases. Based on discussions during that conference, the court hereby ORDERS as follows:

1. Within ten (10) days of the Status Conference, the parties shall file briefs not exceeding ten (10) pages proposing how the above-captioned cases should be tried to the court.[1]

2. All dates in DeFazio v. Hollister, No. Civ. S-04-1358, are VACATED.

3. Defendants in Ellis v. Hollister, No. Civ. S-05-559, and Dimaro v. Hollister, No. Civ. S-05-1726, are granted a twenty-one (21) day extension to file their answers.

IT IS SO ORDERED.

DATED: April 26, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] As noted during the Status Conference, the parties should focus on how each proposal would increase efficiency and convenience for the court.

2