WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
William A. Gould, Jr., Bar No. 035446
wgould@wilkefleury.com
Daniel L. Baxter, Bar No. 203862
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814

Telephone:   (916) 441-2430
Facsimile:    (916) 442-6664
E-mail:        wgould@wilkefleury.com

Attorneys for Defendants
HOLLISTER, INC. (plan administrator), SAMUEL BRILLIANT (plan trustee), JAMES J. McCORMACK (plan trustee), JAMES A. KARLOVSKY (plan trustee), RICHARD T. ZWIRNER (plan trustee), MICHAEL C. WINN (plan trustee), LORETTA L. STEMPINSKI (plan trustee), DONNA J. MATSON (plan trustee), ALAN F. HERBERT (plan trustee), HOLLISTER EMPLOYEE SHARE OWNERSHIP TRUST (the EIAP), THE FIRM OF JOHN DICKINSON SCHNEIDER, INC. (de facto fiduciary)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. DEFAZIO, <br><br>                      Plaintiff, <br><br>      v. <br><br> HOLLISTER, INC., et al., <br><br>                      Defendants. | Case No.  S-04-1358 LKK/GGH <br><br> **STIPULATION AND ORDER REGARDING CONTINUANCE OF FILING DATES FOR DEFENDANTS BRENDA DIMARO AND HALLIE LAVICK'S FIRST AMENDED COMPLAINT AND DEFENDANTS' ANSWERS TO DISCOVERY** |
| BRENDA DIMARO and HALLIE LAVICK, <br><br>                      Plaintiffs, <br><br>      v. <br><br> HOLLISTER, INC., et al., <br><br>                      Defendants. | Case No.  S-05-1726 LKK/GGH |

223647.1 - 1 -   STIPULATION AND ORDER S-04-1358 LKK/GGH; S-05-559 LKK/GGH; S-05-1726 LKK/GGH

IT IS HEREBY STIPULATED by and between counsel for the respective parties that Plaintiffs Brenda Dimaro and Hallie Lavick shall have up to and including June 16, 2006 within which to file a First Amended Complaint.

IT IS FURTHER STIPULATED that Defendants herein named shall have up to and including June 30, 2006 within which to file their answer or to otherwise plead.

DATED: May _____, 2006                WILKE, FLEURY, HOFFELT,
                                       GOULD & BIRNEY, LLP


                                       /SIGNATURE ON ORIGINAL

                                       WILLIAM A. GOULD, JR.
                                       Attorneys for Defendants

DATED: May _____, 2006                LAW OFFICES OF LYNN HUBBARD

                                       /SIGNATURE ON ORIGINAL

                                       SCOTTLYNN J. HUBBARD, IV
                                       Attorneys for Plaintiffs

IT IS SO ORDERED:

                                       /s/Lawrence K. Karlton
                                       Lawrence K. Karlton
                                       Senior Judge

---

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

223647.1                              - 2 -              STIPULATION AND ORDER   S-04-1358
                                                         LKK/GGH; S-05-559 LKK/GGH; S-05-1726
                                                                                     LKK/GGH

PDF created with pdfFactory trial version www.pdffactory.com