```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JAMES P. DeFAZIO,
12           Plaintiff,
13       v.                              NO. CIV. S-04-1358 LKK/GGH
14  HOLLISTER, INC., et al,
15           Defendants.
                                      /
16  KATHLEEN ELLIS,
17           Plaintiff,
18       v.                              NO. CIV. S-05-559 LKK/GGH
19  HOLLISTER, INC., et al,
20           Defendants.
                                      /
21
    BRENDA DIMARO and HALLIE LAVICK,
22
             Plaintiffs,
23
         v.                              NO. CIV. S-05-1726 LKK/GGH
24
    HOLLISTER, INC., et al,
25
             Defendants.
26                                    /
                                      1
```

**ORDER OF RECUSAL AND REASSIGNMENT**

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge to whom this case is assigned.

DATED: September 6, 2006.


/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IT IS FURTHER ORDERED:

1. All currently scheduled dates in the above-captioned action are **VACATED**;

2. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

4. This case is REASSIGNED to the Honorable David F. Levi.

DATED: September 11, 2006.


DAVID F. LEVI
Chief United States District Judge

2